**ORIGINAL**

JUDGE STANTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/07

07 CV 3184

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

PETER BEARD STUDIO, LLC, :

          Plaintiff, :

    v. :

LUCA GIUSSANI and ARNE ZIMMERMAN, :

          Defendants. :

- - - - - - - - - - - - - - - - - X

07 Civ.

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY RESTRAINING
ORDER

      Upon the annexed affidavit of Nejma Beard, sworn to on April 20, 2007, the exhibits annexed thereto, the complaint herein, and upon the accompanying memorandum of law, it is

      ORDERED that the defendants show cause before this Court, at Room 21.C United States Courthouse, 500 Pearl Street, New York, New York, on ~~March~~ 30, 2007, at 3 P.M., or as soon thereafter as counsel may be heard, why an order should not be issued, pursuant to Fed. R. Civ. P. 65, 15 U.S.C. § 1116 and 17 U.S.C. §§ 502 and 503, (1) enjoining the defendants during the pendency of this action from offering for sale, selling, removing from New York City, transferring, pledging, assigning, emcumbering or otherwise disposing of the photographic artwork entitled "Man with Crocodile" currently in the possession of defendant Arne

Zimmerman ("the "Counterfeit Artwork"); and (2) impounding the Counterfeit Artwork; and it is further

ORDERED that, sufficient cause having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, defendants are temporarily restrained and enjoined from offering for sale, selling, removing from New York City, transferring, pledging, assigning, emcumbering or otherwise disposing of the Counterfeit Artwork.

ORDERED, that security in the amount of $10,000.00 be posted by the plaintiff prior to April 26, 2007, at 3 o'clock P.M.; and it is further

ORDERED that personal service of a copy of this order and the papers annexed hereto upon the defendants or their counsel on or before April 24, 2007, at 5 o'clock P.M., shall be deemed good and sufficient service thereof.

Dated: New York, New York
April 20, 2007
3:04 PM

ENTER:

_____
Louis L. Stanton
U.S.D.J.