UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
PETER BEARD STUDIO, LLC,                :     "ECF CASE"

                                                                      07 Civ. 3184 (LLS)

           Plaintiff,        :

                                                                  RULE 7.1 STATEMENT

      v.                              :

LUCA GIUSSANI and ARNE ZIMMERMAN,    :

          Defendants.         :
- - - - - - - - - - - - - - - - -x

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, which is a private nongovernmental party, hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       April 20, 2007

                                      SHATZKIN & MAYER, P.C.

                                  By _____
                                      Debra A. Mayer (DM 6381)
                                    Attorneys for Plaintiff
                                      1776 Broadway, 21st Floor
                                      New York, New York 10019-2002
                                      (212) 684-3000