### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

      DEBRA A. MAYER, being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over 18 years of age, and resides in the State of New York, County of the New York.

2. On the 23rd day of April, 2007, deponent served the within

    SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; AND MEMORANDUM OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE

upon

      Arne Zimmerman
      c/o Pablo's Birthday
      84 Franklin Street
      New York, New York 10013

by personally hand delivering a true copy of same to the above named defendant.

                                                  Debra A. Mayer

Sworn to before me this
___ day of April, 2007.

GRACE CRETCHER
Notary Public, State of New York
No. 01CR6149567
Qualified in New York County
Term Expires July 10, 2010