RETURN OF SERVICE AFFIDAVIT
LUCA GIUSSANI

UNITED STATES DISTRICT COURT                    CASE: 07 CV 3184
SOUTHERN DISTRICT OF NEW YORK

*SEE ATTACHED DOCUMENT FOR ITEMS SERVED*

PETER BEARD STUDIO, LLC.

vs.

LUCA GIUSSANI, ET AL.

Pursuant to the request of KAREN SHATZKIN, ESQ., 1776 BROADWAY, New York, NY. METRO PROCESS SERVICE, received this process on April 23, 2007 at 09:00 A.M.

I, JESUS GUERRA served same on **LUCA GIUSSANI**, at 305 WEST DILIDO DRIVE, MIAMI BEACH, FL 33139 on **APRIL 23, 2007 at 05:35 P.M.**

INDIVIDUAL SERVICE

By serving the within named person a copy of the above named document(s). FS 48.031(1)

COMMENTS

LUCA GIUSSANI IS UNKNOWN AT 100 SE 2ND ST., 17TH FLOOR.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

The foregoing instrument was acknowledged before me this day by the process server who is personally known to me.
April 24th, 2007

METRO PROCESS SERVICE
19 WEST FLAGLER SUITE #418
MIAMI, FL 33130
OFFICE (305) 374-7387

NOTARY                                            JESUS GUERRA DADE #935

INDEX    702154

CHARLES TAYLOR
MY COMMISSION # DD 216710
EXPIRES: July 29, 2007
1-800-3-NOTARY    FL Notary Discount Assoc. Co

## *Items Served*

(1) Order to Show Cause with Attached Affidavit and Exhibits.

(2) Memorandum of Law in Support of the Application for the Order to Show Cause.

(3) Summons and Complaint.

(4) Set of the Assigned Judge's and Magistrate's Rules with ECF Rules.