# Fidelity and Deposit Company of Maryland
Home Office: P.O. Box 1227, Baltimore, MD 21203-1227

Bond No. CGB 7591013

## UNDERTAKING ON TEMPORARY INJUNCTION

**United States District Court**
**Southern District of New York**

------------------------------------------------

**Peter Beard Studio, LLC,**

                  **Plaintiff,**        Civil Action No. 07 Civ. 3184 (LSS)

    v.

**Luca Giussani and Arne Zimmerman,**

                  **Defendants.**

------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/07

WHEREAS, on the 20th day of April, 2007, the Plaintiff, the above named, was granted a temporary injunction upon the posting of security in the amount of $10,000.00, in the above entitled action, restraining the Defendants from doing certain things as more fully set forth in the order by Louis L. Stanton, United States District Judge.

NOW, THEREFORE, the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, having an office and principal place of business for the State of New York at 105 E. 17th Street, New York, New York 10003, does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff will pay to the Defendants so enjoined, such damages and costs not exceeding the sum of Ten Thousand and No/100---($10,000.00)---Dollars as it may sustain by reason of the injunction, if the Court shall finally decide that the Plaintiff was not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

DATED: April 26th, 2007

                                              Fidelity and Deposit Company of Maryland
                                              By: _____
                                                  Annie Sawh, Attorney-in-fact

form#

## ACKNOWLEDGMENT OF SURETY

STATE OF NEW YORK }
COUNTY OF __New York__ }
SS:

On the __26th__ day of __April__ in year __2007__ before me personally came __Annie Sawh__ to me known, who being by me duly sworn, did depose and say that he/she resides at __105 E. 17th Street, New York, N.Y., 10003__, that he/she is the Attorney-in-Fact of __Fidelity and Deposit Company of Maryland__, the corporation described in and which executed the above instrument; that he/she knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the Board of Directors of said corporation, and, that he/she signed his/her name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of new York, known as the Insurance Law, issued to

Fidelity and Deposit Company of Maryland

a Certificate of Solvency and qualification to become surety or guarantor on all bonds. undertakings, recognizances. guaranties and other obligations required or permitted by law and that such certificate has not been evoked.

*[signature]*

Notary Public

COLETTE M. BLAIKIE
Notary Public, State of New York
No. 51-909857
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires December 16, 20 __10__

Bond Number: **CGB7591013**

**Power of Attorney**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**HOME OFFICE: 3910 KESWICK ROAD, BALTIMORE, MD 21211**

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by Frank E. Martin, Jr., Vice President and Gerald F. Haley, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the next page hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Annie Sawh**, its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: Bond or undertaking number **CGB7591013**, issued on behalf of **Peter Beard Studio, LLC**, as Principal in a penalty not to exceed the sum of **Twelve Thousand and Zero Cents** ($ **12,000** ) and the execution of such bond or undertaking in pursuance of these presents, shall be as binding upon said company, as fully and amply, to all intents and purposes, as if it had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, MD, in their own proper persons.

The said Assistant Secretary does hereby certify that the extract set forth on the next page hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND this **26th** day of **April**, A.D. **2007**.

ATTEST:                          FIDELITY AND DEPOSIT COMPANY OF MARYLAND



_Gerald F. Haley_          By: _Frank E. Martin Jr._
Gerald F. Haley   *Assistant Secretary*      Frank E. Martin, Jr.   *Vice President*

State of Maryland  } ss:
County of Baltimore }

On this **26t** day of **April**, A.D. **2007**, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came Frank E. Martin, Jr., Vice President, and Gerald F. Haley, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Stephen G. Moxley           *Notary Public*
My Commission Expires:   November 1, 2007

**EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

**CERTIFICATE**

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 5th day of May, 1994.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company, this __26th__ day of __April__, __2007__.

L.L. Goucher          *Assistant Secretary*



# FIDELITY AND DEPOSIT COMPANY
OF MARYLAND
3910 KESWICK ROAD, BALTIMORE, MD 21203

Statement of Financial Condition
As Of December 31, 2005

### ASSETS

| | |
|---|---:|
| Bonds | $ 145,517,856 |
| Stocks | 40,373,936 |
| Cash in Banks and Offices | 155,000 |
| Reinsurance Recoverable | 14,122,203 |
| Other Accounts Receivable | 13,661,802 |
| TOTAL ADMITTED ASSETS | $ 213,830,797 |

### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | |
|---|---:|---:|
| Reserve for Taxes and Expenses | | $ 801,854 |
| Ceded Reinsurance Premiums Payable | | 26,186,851 |
| TOTAL LIABILITIES | | $ 26,988,705 |
| Capital Stock, Paid Up | $ 5,000,000 | |
| Surplus | 181,842,092 | |
| Surplus as regards Policyholders | | 186,842,092 |
| TOTAL | | $ 213,830,797 |

Securities carried at $33,398,073 in the above statement are deposited as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of December 31, 2005 market quotations for all bonds and stocks owned, the Company's total admitted assets would be $212,087,289 and surplus as regards policyholders $185,098,584.

I, DAVID A. BOWERS, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2005.

_____
Corporate Secretary

State of Illinois  } SS:
City of Schaumburg }

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 20th day of March, 2006.

_____
Notary Public

```
OFFICIAL SEAL
MARLO G SARABYN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/25/07
```

# Disclosure Statement


ZURICH

Court Bonds - BO

## ZURICH AGENT/BROKER COMPENSATION DISCLOSURE

Dear Policyholder:

On behalf of Zurich, we are glad you have chosen us as your insurance company. We look forward to meeting your insurance needs and want you to understand clearly our business relationship with the agent or broker you chose to represent your company's interests in the placement of insurance coverages.

As is the case with many insurance companies in the United States, Zurich distributes many of its insurance products through agents or brokers. This means that your agent or broker is not employed by Zurich and, in fact, may represent many insurance companies. Because we do not employ your agent or broker, the way they are compensated may vary. We recommend you discuss these arrangements with your agent or broker.

Like many other insurers, when Zurich compensates your agent or broker, they **may** receive two types of payments. The first type of compensation is known as "base commission," and the second is called "contingent compensation."

For an explanation of the nature and range of compensation Zurich may pay to your agent or broker in connection with your business, please go to **http://www.zurichna.com**. Click on the information link located on the Agent/Broker Compensation Disclosure section. Where appropriate, insert the Access Code provided below, and you will be able to view this information. Alternatively, you may call (877) 347-6465 to obtain this type of information.

Thank you.

Access Code: 2016104473