UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETER BEARD STUDIO, LLC,

                Plaintiff,

    v.

LUCA GIUSSANI and ARNE ZIMMERMAN,

               Defendants.

------------------------------------------------------------x

07 Civ. 3184

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        LUCA GIUSSANI, Defendant.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 26, 2007

                            By: _____
                                RAYMOND J. DOWD, ESQ. (RD-7508)
                                Attorneys for Defendants
                                477 Madison Avenue, 12th Floor
                                New York, New York  10022
                                Tel:  (212) 682-8811
                                Fax:  (212) 661-7769