## DUNNINGTON, BARTHOLOW & MILLER LLP

477 MADISON AVENUE

NEW YORK, N.Y. 10022

MARVIN M. BROWN
RAYMOND J. DOWD
JOHN T. DUNLAP
GEORGE W. GOWEN
MICHAEL J. KOPCSAK
STEVEN E. LEWIS
ROBERT T. LINCOLN
ALBERT L. LINGELBACH
THOMAS V. MARINO
JOSEPH MICHAELS IV
C. FREDERICK ROGGE, III
JOHN W. SHROYER
CAROL A. SIGMOND
LOUIS E. TEITEL

FREDERICK W. LONDON
FRANCIS J. MOONEY, JR.
OF COUNSEL

TELEPHONE: (212) 682-8811
FACSIMILE: (212) 661-7769
E-MAIL: DBM@DUNNINGTON.COM
URL: HTTP://WWW.DUNNINGTON.COM

May 1, 2007

**VIA ELECTRONIC FILING**
Clerk of the Supreme Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Sir or Madam,

    Re:    *Peter Beard Studio, LLC v. Luca Giussani and Arne Zimmerman*
             07 Civ. 3184 (LLS)

    Upon the instruction of Joe Lemur, Deputy Clerk of the Supreme Court of the Southern District of New York, I have filed the below documents without Exhibits A-D:

1. Notice of Cross-Motion to Dismiss Complaint and Vacate Temporary Restraining Order or in the Alternative to Increase Injunction Bond; dated April 30, 2007.
2. Declaration of Luca Giussani in Support of Motion to Dismiss the Complaint and Vacate Temporary Restraining Order; dated April 30, 2007.

    The Exhibits were too voluminous to be E-filed, and will be held in our office upon request of the court. A courtesy copy was provided to the adversaries and Judge Stanton on April 30, 2007.

Respectfully,

Claire L. Arthurs
Paralegal