```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x

PETER BEARD STUDIO, LLC,          :
                                       07 Civ. 3184 (LLS)
              Plaintiff,          :

       v.                         :    NOTICE OF DISMISSAL
                                       WITH PREJUDICE
LUCA GIUSSANI and ARNE ZIMMERMAN, :

              Defendants.         :

------------------- x
```

Pursuant to the provisions of Federal Rule of Civil Procedure 4(a)(1)(i), as defendant Arne Zimmerman ("Defendant") has not served an answer or motion for summary judgment, plaintiff Peter Beard Studio, LLC, by and through its undersigned counsel of record, now hereby dismisses this action as against Defendant, in its entirety, with prejudice, and with all parties to bear their own attorneys fees and costs.

Dated: New York, New York
       May 7, 2007

                              SHATZKIN & MAYER, P.C.

                              By _____
                                  Debra A. Mayer (DAM 6381)
                              Attorneys for Plaintiff
                              1776 Broadway, 21st Floor
                              New York, New York 10019-2002
                              (212) 684-3000