UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PETER BEARD STUDIO, LLC,                :
                                             07 Civ. 3184 (LLS)
        Plaintiff,           :

    v.                          :    NOTICE OF MOTION
                                             TO INTERVENE AS
LUCA GIUSSANI and ARNE ZIMMERMAN,       :    A PLAINTIFF UNDER
                                             RULE 24
        Defendants.         :

- - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that upon the affidavit of Peter Beard sworn to on May 3, 2007, and the proposed amended complaint annexed thereto, and the accompanying Memorandum of Law, Peter Beard will move this court before the Honorable Louis L. Stanton, United States District Judge, on May 7, 2007, or such other date and time as soon thereafter as the Court may order, for an order pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and Section 501(b) of the Copyright Act, 17 U.S.C. § 501(b), to intervene as a plaintiff in this action, to assert the claims set forth in the proposed amended complaint, of which a copy is hereto

attached, on the ground that he is the author of the photograph alleged in the complaint to be infringed.

Dated:  New York, New York
        May 7, 2007

                                  SHATZKIN & MAYER, P.C.

                              By_____
                                 Debra A. Mayer (DAM 6381)
                                Attorneys for Plaintiff
                                1776 Broadway, 21st Floor
                                New York, New York 10019-2002
                                (212) 684-3000

TO: DUNNINGTON BARTHOLOW
    & MILLER LLP
   Attorneys for Defendant
    Luca Giussani
   477 Madison Avenue, 12th Floor
   New York, New York 10022
   (212) 682-8811