ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

PETER BEARD STUDIO

    Plaintiffs,

        v.

LUCA GIUSSANI, ET AL.

    Defendants

- - - - - - - - - - - - - - - - - - - -X

ORDER FOR CONFERENCE
PURSUANT TO RULE 16(b)

07 Civ. 3184 (LLS)

    This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on ___Friday, July 13th___, 2007 at ___3:00 p.m.___ in Room ___21C___. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16.

    <u>At least a day before the time of the conference</u>, the parties are jointly to prepare and sign, and at the conference they are to submit to me a proposed Scheduling Order, previously signed by counsel and <u>pro se</u> litigants, containing the following:

    (1)   the date of the conference and the appearances for the parties;

    (2)   a concise statement of the issues as they then appear;

    (3)   a schedule including:

        (a)   the names of persons to be deposed and a schedule of planned depositions;

        (b)   a schedule for the production of documents;

(10)   provision for approval of the court and signature
       line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Plaintiff is directed forthwith to notify defendant(s) of the contents of this order, and send a copy of the notification to my chambers.


Dated:   May 11, 2007
         New York, New York

                                        _____
                                             LOUIS L. STANTON
                                              U. S. D. J.

3