☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
PETER BEARD STUDIO, LLC,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07

          Plaintiff,          07 Civ. 3148 (LLS)

  - against -                 ORDER

LUCA GIUSSANI and ARNE ZIMMERMAN,

          Defendants.
- - - - - - - - - - - - - - - - - - -X

The parties having appeared before me at a conference on May 10, 2007, it is hereby ORDERED that:

1. The issues raised by the application for a preliminary injunction are disposed of on the following terms: The artwork will remain in the custody of Dunnington Bartholow & Miller until the termination of the action on the merits, with provision to be made for reasonable access by both sides in every case to be accompanied by prompt transmittal to the other side of the identities of those who will be attending and inspecting the artwork.

2. Plaintiff's posted bond of $10,000 is discharged.

3. Decision is reserved on defendant's motion to dismiss.

So ordered.

Dated: New York, New York
      May 14, 2007

                                                        Louis L. Stanton
                                                        LOUIS L. STANTON
                                                          U. S. D. J.