UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
PETER BEARD STUDIO, LLC,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/07

          Plaintiff,          07 Civ. 3184 (LLS)

   - against -                 ORDER

LUCA GIUSSANI and ARNE ZIMMERMAN,

          Defendants.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
       May 21, 2007

                                         _____
                                           LOUIS L. STANTON
                                              U. S. D. J.